UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEVI HUNT, | § |
| | § |
| PLAINTIFF, | § |
| | § |
| VS. | § CASE NO.: 06-308-KD-B |
| | § |
| FIRST REVENUE ASSURANCE, LLC, | § |
| | § |
| DEFENDANT. | § |

## COMPLAINT

**COMES NOW** the plaintiff, LEVI HUNT, by and through the undersigned attorney and states a claim for relief as follows:

### JURISDICTION AND VENUE

1. This court has jurisdiction over this matter based upon Fair Debt Collection Practices Act, (FDCPA) 15 U.S.C. § 1692 et seq., and 28 U.S.C. § 1331, in that this dispute involves predominant issues of federal law.

2. Venue is proper in this District because the acts and transactions occurred here and all the parties reside or transact business here.

### FACTUAL ALLEGATIONS

3. Plaintiff is a resident of Mobile County, Alabama.

4. Defendant First Revenue Assurance, LLC is a debt collector as defined by the FDCPA.

5. The debt at issue is a consumer debt as defined by the FDCPA.

6. On or about December 2005 Plaintiff discovered that his personal information had been used to open a cell phone account in the state of Georgia.

7. On or about March 2006 Plaintiff began receiving telephone calls from the Defendant in regards to the alleged debt owed by the Plaintiff.

8. On several occasions, Defendant's agents made numerous calls day and night harassing and annoying the Plaintiff concerning the alleged debt.

9. During one of these calls Plaintiff informed Defendant's agent that he was a victim of ID theft and that he did not owe the money outstanding on the account. While Plaintiff attempted to explain this to Defendant's agent, he was greeted with extreme rudeness and hostility.

10. During several more phone calls in April 2006, Plaintiff informed Defendant that he was represented by an attorney and to contact him directly for further information regarding the matter.

11. Defendant, after being placed on notice that Plaintiff was represented, continued contacting Plaintiff by phone concerning the alleged debt.

## COUNT ONE
## FDCPA VIOLATIONS OF DEFENDANT

12. The Defendant has violated the FDCPA in at least the following ways:

   a. In a manner to harass, oppress, or abuse the plaintiff into paying a debt;
   b. Continual contact after defendant was placed on notice that the plaintiff was represented by legal counsel;
   c. A use of language that the natural consequence of such use is to abuse the plaintiff into paying a debt;
   d. A false representation of the character, amount, or legal status of the debt;
   e. A false representation or implication that nonpayment of the debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of the plaintiff and the debt collector or creditor intends to take such action;
   f. A false and deceptive act which violates the FDCPA in other ways not specifically mentioned.

13. Plaintiff is entitled to actual damages, statutory damages, attorney's fees, and costs.

14. Plaintiff alleges said debt with defendant is a consumer debt pursuant to 15 U.S.C. §1692a(5).

15. As a result of the defendant's violations of the FDCPA, the Plaintiff suffered actual damages, and is entitled to an award of statutory damages, costs, and attorney's fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against the defendant for:

   a. Actual damages;

    b.       Statutory damages pursuant to 15 U.S.C. §1692k;

    c.       Costs and reasonable attorney's fee pursuant to 15 U.S.C. §1692k;

    d.       For such other and further relief as may be just and proper.

**RESPECTFULLY** submitted on this the 5th day of May 2006.

_____
JAMES D. PATTERSON (PATJ6485)
Attorney for Plaintiff

**LAW OFFICE OF EARL P. UNDERWOOD, JR.**
**21 South Section Street**
**PO Box 969**
**Fairhope AL 36533**
**(251)-990-5558**

**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY OF THE ISSUES IN THIS CASE.**

_____
James D. Patterson, Esq.

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL**